MORGENSTEIN & JUBELIRER LLP
JOHN S. WORDEN (CSB #142943)
CLAIRE A. EBEY (CSB #226941)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiff
AIR LIQUIDE AMERICA L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIR LIQUIDE AMERICA L.P., <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; et al., <br><br> Defendants. | Case No.: C 04 2553 MJJ <br><br> ORDER GRANTING; <br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action which was settled pursuant to the parties' stipulation filed on November 8, 2004.

DATED: October 21, 2005

MORGENSTEIN & JUBELIRER LLP

By _____
Claire A. Ebey
Attorneys for Plaintiff
AIR LIQUIDE AMERICA L.P.



IT IS SO ORDERED
Judge Martin J. Jenkins

10/26/2005

- 1 -

NOTICE OF VOLUNTARY DISMISSAL